| US10261739 | Allstate Insurance Quick Foto Claim ("The accused instrumentality") |
|---|---|
| 1. A system for outputting output data, comprising: | The accused instrumentality is a system for outputting output data (e.g., image).  https://www.allstate.com/claims.aspx |

Field Code Changed



/ Claims / Track A Claim

## Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**
Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**
Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.




I'm an Allstate customer

I'm NOT an Allstate customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

Field Code Changed

## I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

**Create third-party account**

**Log into third-party account**

https://www.allstate.com/claims/view-claim.aspx



Field Code Changed

| | Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application) |
|---|---|
| an information apparatus that includes a digital capturing device for capturing digital content, at least one wireless communication module for wireless communication, and at least one processor, and | The accused instrumentality comprises an information apparatus (e.g., smartphone of a user of Allstate mobile application) that includes a digital capturing device (e.g., camera) for capturing digital content (e.g., image captured by the user of Allstate mobile application), at least one wireless communication module (e.g., Wi-Fi or cellular module inherent in the smartphone) for wireless communication, and at least one processor (e.g., processor inherent in the smartphone). |

**A** / Claims

## Allstate® Insurance Claims

**START YOUR CLAIM TODAY.**

With Allstate, it's easier than ever to file a claim or track an existing one. The claims team is there when you need it most to help guide you through the process.

 For all your questions call
**1-800-ALLSTATE**

 Talk to an **Allstate agent**

 **File a claim**

 **Track a claim**



**FAST TRACK CLAIMS ASSISTANCE.**

If you have already filed a claim, you can use your claim number to get in touch with your claims team representative

**Find contact info**

https://www.allstate.com/claims.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx



[https://www.allstate.com/claims/quick-foto-claim.aspx](https://www.allstate.com/claims/quick-foto-claim.aspx)

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view

| | |
|---|---|
| the at least one processor directs the at least one wireless communication module to: establish a wireless communication connection with one or more servers over a | The accused instrumentality utilizes a processor to direct the wireless communication module (e.g., Wi-Fi or cellular module inherent in the smartphone) to establish a wireless communication connection with one or more servers (e.g., Allstate server) over a network that includes the Internet, the one or more servers (e.g., Allstate server) being distinct devices from the information apparatus (e.g., smartphone of the user of Allstate mobile application). |

Field Code Changed

network that includes the Internet, the one or more servers being distinct devices from the information apparatus;



https://www.allstate.com/claims.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



[https://www.allstate.com/claims/quick-foto-claim.aspx](https://www.allstate.com/claims/quick-foto-claim.aspx)

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view

| transmit, over the wireless communication connection, a device object that includes device information related to the information apparatus, from the information | The accused instrumentality practices, transmitting, over the wireless communication connection, a device object (e.g., device ID) that includes device information related to the information apparatus (e.g., smartphone of the user of Allstate mobile application), from the information apparatus (e.g., smartphone of the user of Allstate mobile application) to the one or more servers (e.g., Allstate server). |
|---|---|

Field Code Changed

apparatus to the one or more servers; and



https://play.google.com/store/apps/details?id=com.allstate.view

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view

| provide, over the wireless communication connection, the digital content captured by the digital capturing device of the information apparatus, from the information apparatus to the one or more servers; | The accused instrumentality practices, providing, over the wireless communication connection, the digital content (e.g., image captured by the user of Allstate mobile application) captured by the digital capturing device (e.g., camera) of the information apparatus (e.g., smartphone of the user of Allstate mobile application), from the information apparatus (e.g., smartphone of the user of Allstate mobile application) to the one or more servers (e.g., Allstate server). |
|---|---|

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



Field Code Changed

https://www.allstate.com/claims/quick-foto-claim.aspx



Field Code Changed

https://play.google.com/store/apps/details?id=com.allstate.view

| server software executable at the one or more servers, the one or more servers include at least a network communication interface for network communication, and the one or more servers | The accused instrumentality utilizes server software (e.g., software on Allstate server) executable at the one or more servers (e.g., Allstate server), the one or more servers (e.g., Allstate server) include at least a network communication interface for network communication, and the one or more servers (e.g., Allstate server) include memory for storing at least part of the digital content (e.g., image captured by the user of Allstate mobile application) received from the information apparatus (e.g., smartphone of the user of Allstate mobile application).

As disclosed below users can upload photos of car damage to the Allstate server. The uploaded images will be provided to the user upon request after retrieving from the stored location. |

include memory for storing at least part of the digital content received from the information apparatus;



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



Field Code Changed

https://www.allstate.com/claims/quick-foto-claim.aspx



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed

 / Claims / Track A Claim

## Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**

Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**

Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.


I'm an Allstate customer


I'm NOT an Allstate customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

**Field Code Changed**

**Field Code Changed**

## I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

**Create third-party account**

**Log into third-party account**

https://www.allstate.com/claims/view-claim.aspx



| | |
|---|---|
| | Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application) |
| client software executable at a client device, the client device is a distinct device from the information apparatus and from the one or more servers, wherein the client device includes: one or more wireless communication units for wireless communication, an output device for outputting output data; and | In at least testing and usage, the accused instrumentality utilizes client software (e.g., Allstate mobile application) executable at a client device (e.g., smartphone of another user of Allstate Mobile Application), the client device (e.g., smartphone of another user of Allstate Mobile Application) is a distinct device from the information apparatus (e.g., smartphone of the user of Allstate mobile application) and from the one or more servers (e.g., Allstate server), wherein the client device (e.g., smartphone of another user of Allstate Mobile Application) includes one or more wireless communication units (e.g., Wi-Fi or cellular module inherent in the smartphone) for wireless communication, an output device (e.g., screen)  for outputting output data (e.g., image received by another Allstate mobile application user). |



Field Code Changed

https://play.google.com/store/apps/details?id=com.allstate.view

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view

 / Claims / Track A Claim

## Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**
Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**
Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.





I'm an Allstate customer

I'm NOT an Allstate customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

### I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

Create third-party account

Log into third-party account

https://www.allstate.com/claims/view-claim.aspx



Field Code Changed

Field Code Changed

| | Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application) |
|---|---|
| one or more processors for executing at least part of the client software, wherein the client software provides, via the one or more wireless communication units of the client device, one or more job objects to the one or more servers over the network, the one or more job objects including at least one of security information or identification information for accessing the one or more servers, and the one or more job objects further include subscription information for accessing the one or more servers; | The client device (e.g., smartphone of another user of Allstate Mobile Application) includes, one or more processors (e.g., processor inherent in the smartphone) for executing at least part of the client software (e.g., Allstate mobile application), wherein the client software (e.g., Allstate mobile application) provides, via the one or more wireless communication units (e.g., Wi-Fi or cellular module inherent in the smartphone) of the client device (e.g., smartphone of another user of Allstate Mobile Application), one or more job objects (e.g., information provided by the user at the time of creating Allstate online account) to the one or more servers (e.g., Allstate server) over the network, the one or more job objects (e.g., information provided by the user at the time of creating Allstate online account) including at least one of security information or identification information (e.g., user id and password) for accessing the one or more servers (e.g., Allstate server), and the one or more job objects (e.g., information provided by the user at the time of creating Allstate online account) further include subscription information (e.g., subscription information related to the user's insurance policy) for accessing the one or more servers (e.g., Allstate server). |



https://play.google.com/store/apps/details?id=com.allstate.view

Field Code Changed



https://www.mytinyphone.com/application/13957/

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

| | |
|---|---|
| wherein the server software further: receives, via the at least one network communication interface, the digital content from the information apparatus; stores, in the memory of | The server software (e.g., software on Allstate server) , receives, via the at least one network communication interface, the digital content (e.g., image captured by the user of Allstate mobile application) from the information apparatus (e.g., smartphone of the user of Allstate mobile application) and stores, in the memory of the one or more servers (e.g., Allstate server), at least part of the received digital content (e.g., image captured by the user of Allstate mobile application). |

Field Code Changed

the one or more servers, at least part of the received digital content;



https://www.allstate.com/claims.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed

 / Claims / Track A Claim

## Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**

Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**

Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.





I'm an
Allstate
customer

I'm NOT an
Allstate
customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

**I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER**

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

**Create third-party account**

**Log into third-party account**

https://www.allstate.com/claims/view-claim.aspx



Field Code Changed

Field Code Changed

| | Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application) |
|---|---|
| generates, at the one or more servers, output data for output at the client device, the output data is related to at least part of the digital content received by the one or more servers from the information apparatus, and the generating of the output data is related, at least partly, to at least a portion of the device object received by the one or more servers from the information apparatus; and | The server software (e.g., software on Allstate server), generates, at the one or more servers (e.g., Allstate server), output data (e.g., image received by another Allstate mobile application user) for output at the client device (e.g., smartphone of another user of Allstate Mobile Application), the output data (e.g., image received by another Allstate mobile application user) is related to at least part of the digital content (e.g., image captured by the user of Allstate mobile application) received by the one or more servers (e.g., Allstate server) from the information apparatus (e.g., smartphone of the user of Allstate mobile application), and the generating of the output data (e.g., image received by another Allstate mobile application user) is related, at least partly, to at least a portion of the device object (e.g., device ID) received by the one or more servers (e.g., Allstate server) from the information apparatus (e.g., smartphone of the user of Allstate mobile application). |

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view



https://play.google.com/store/apps/details?id=com.allstate.view

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed

 / Claims / Track A Claim

# Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**

Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**

Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.




I'm an Allstate customer

I'm NOT an Allstate customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

## I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

**Create third-party account**

**Log into third-party account**

https://www.allstate.com/claims/view-claim.aspx



Field Code Changed

Field Code Changed

| | Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application) |
|---|---|
| provides, via the at least one network communication interface of the one or more servers, at least part of the output data, from the one or more servers to the client device, for outputting at least part of the digital content received from the information apparatus, the providing of at least part of the output data is subsequent to the one or more servers having received the one or more job objects from the client software at the client device; and | The server software (e.g., software on Allstate server), provides, via the at least one network communication interface of the one or more servers (e.g., Allstate server), at least part of the output data (e.g., image received by another Allstate mobile application user), from the one or more servers (e.g., Allstate server) to the client device (e.g., smartphone of another user of Allstate Mobile Application), for outputting at least part of the digital content (e.g., image captured by the user of Allstate mobile application) received from the information apparatus (e.g., smartphone of the user of Allstate mobile application), the providing of at least part of the output data (e.g., image received by another Allstate mobile application user) is subsequent to the one or more servers (e.g., Allstate server) having received the one or more job objects (e.g., information provided by the user at the time of creating Allstate online account) from the client software (e.g., Allstate mobile application) at the client device (e.g., smartphone of another user of Allstate Mobile Application). |



https://play.google.com/store/apps/details?id=com.allstate.view

Field Code Changed

 / Claims / Track A Claim

## Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**

Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**

Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.

 

I'm an Allstate customer

I'm NOT an Allstate customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

**I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER**

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

Create third-party account

Log into third-party account

https://www.allstate.com/claims/view-claim.aspx



Field Code Changed

Field Code Changed

Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application)

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view



https://www.mytinyphone.com/application/13957/

| | |
|---|---|
| wherein the client software further: receives, via the one or more wireless communication units of the client device, at least part of the output data from the one or more servers, and the receiving of the at least part of the output data is subsequent to the client | The client software (e.g., Allstate mobile application), receives, via the one or more wireless communication units (e.g., Wi-Fi or cellular module inherent in the smartphone) of the client device (e.g., smartphone of another user of Allstate Mobile Application), at least part of the output data (e.g., image received by another Allstate mobile application user) from the one or more servers (e.g., Allstate server), and the receiving of the at least part of the output data (e.g., image received by another Allstate mobile application user) is subsequent to the client device (e.g., smartphone of another user of Allstate Mobile Application) having provided the one or more job objects (e.g., information provided by the user at the time of creating Allstate online account), to the one or more servers (e.g., Allstate server) over the network. |

Field Code Changed

device having provided the one or more job objects to the one or more servers over the network; and



https://play.google.com/store/apps/details?id=com.allstate.view

Field Code Changed

 / Claims / Track A Claim

## Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**
Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**
Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.




I'm an Allstate customer

I'm NOT an Allstate customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

## I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

**Create third-party account**

**Log into third-party account**

https://www.allstate.com/claims/view-claim.aspx



Field Code Changed

Field Code Changed

Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application)



Field Code Changed

https://play.google.com/store/apps/details?id=com.allstate.view



https://www.mytinyphone.com/application/13957/

| outputs at least part of the output data, received at the client device, at the output device associated with the client device. | The client software (e.g., Allstate mobile application) utilized by the accused instrumentality practices outputting at least part of the output data (e.g., image received by another Allstate mobile application user), received at the client device (e.g., smartphone of another user of Allstate Mobile Application), at the output device (e.g., screen) associated with the client device (e.g., smartphone of another user of Allstate Mobile Application). |

**Field Code Changed**

Field Code Changed



https://play.google.com/store/apps/details?id=com.allstate.view

 / Claims / Track A Claim

## Track A Claim

**CLAIMS SERVICE YOU CAN COUNT ON.**

Quickly and easily check the status of your claim and get step-by-step help with the claims process. With Allstate's 24/7 claims support, you can get answers to your claims questions day or night.

**CHECK ON THE PROGRESS OF YOUR CLAIM.**

Depending on your situation, there's a different process for tracking your claim with Allstate. Choose the description below that best fits you for the quickest way to find your claim.

  

I'm an
Allstate
customer

I'm NOT an
Allstate
customer

https://www.allstate.com/claims/view-claim.aspx

Field Code Changed

**I'M AN ALLSTATE CUSTOMER INVOLVED IN A CLAIM WITH ANOTHER ALLSTATE CUSTOMER**

To view an Allstate claim that is not associated with your Allstate policy, you'll need to create a third-party account and log in to track your claim online.

**Create third-party account**

**Log into third-party account**

https://www.allstate.com/claims/view-claim.aspx



**Field Code Changed**

**Field Code Changed**

| | |
|---|---|
| | Source: The screenshot of the output data (e.g., the image of the damaged area of car) as viewed on the client device (e.g., smartphone of another user of Allstate mobile Application) |
| 2. The system of claim 1, wherein the information apparatus is a digital capturing device. | The information apparatus (e.g., smartphone of the user of Allstate mobile application) is a digital capturing device (e.g., camera).<br><br><br><br>https://www.allstate.com/claims/quick-foto-claim.aspx |

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

| 3. The system of claim 1, wherein the information apparatus is an Internet appliance. | The accused instrumentality includes an information apparatus (e.g., smartphone of a user of Allstate mobile application) that is an Internet appliance. |

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



Field Code Changed

https://www.allstate.com/claims/quick-foto-claim.aspx



https://www.allstate.com/claims/quick-foto-claim.aspx

Field Code Changed



Field Code Changed

https://www.allstate.com/claims/quick-foto-claim.aspx



Field Code Changed

| | |
|---|---|
| 5. The systems of claim 1, wherein the information apparatus includes an interface for interacting with the user, and the interface further includes hardware or software, individually or in any combination. | The accused instrumentality includes an information apparatus (e.g., smartphone of a user of Allstate mobile application) that includes an interface for interacting with a user and the interface includes software or hardware. |



https://www.allstate.com/resources/Allstate/images/drive-wise/dw-mobile-login.png?v=ccf69a98-d4f3-4eac-aae4-00c28a1f656f

| 6. The system of claim 5, wherein the information apparatus further includes at least one of a microphone, a speaker, a mouse, a keyboard, a | The accused instrumentality includes an information apparatus (e.g., smartphone of a user of Allstate mobile application) that could include a microphone, speaker, mouse, keyboard, touch screen, buttons or a stylus individually or in any combination. |
|---|---|

Field Code Changed

| touch-sensitive or non-touch sensitive screen, push buttons, soft keys, or a stylus, individually or in any combination. |  https://www.allstate.com/resources/Allstate/images/drive-wise/dw-mobile-login.png?v=ccf69a98-d4f3-4eac-aae4-00c28a1f656f |
|---|---|
| 7. The system of claim 1, wherein the **at least one** wireless communication module of the information apparatus is compliant, at least in part, with at least | The accused instrumentality utilizes an information apparatus (e.g., smartphone of a user of Allstate mobile application) that utilizes a wireless communication module (e.g., Wi-Fi or cellular module inherent in the smartphone) that is compliant with an IEEE 802.11 protocol. |

Field Code Changed

| | |
|---|---|
| one protocol within IEEE 802.11 standard. | <br>https://play.google.com/store/apps/details?id=com.allstate.view |
| 8. The system of claim 1, wherein the generation of at least part of the output data includes one or more of an interpretation operation, a conversion operation, a rasterization operation, a scaling operation, a segmentation operation, a color space | The accused instrumentality during the generation of output data (e.g., image received by another Allstate mobile application user) at some point includes conversion, scaling, image enhancement, a compression operation, an encryption or a decryption operation. |

Field Code Changed

| | |
|---|---|
| transform operation, an image enhancement operation, a color correction operation, a compression operation, an encryption operation, or a decryption operation, individually or in any combination. | To help ensure the security of your personal and financial information that you submit to this site (other than via an e-mail message), we use security software to encrypt the information before and during its transmission through the Internet. We only allow information to be submitted for transmission if your browser is compatible with our security software. If your browser is not compatible, you will receive a message indicating your transaction can be completed but at a lower level of security.

https://www.allstate.com/about/privacy-statement-fl.aspx |

**Field Code Changed**